AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT - 1 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Joshua Collins and<br>Xzavier Wilson<br><br>Defendant(s) | )<br>)<br>) Case No. 1:19 mj 652 -RHW<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 30, 2019__ in the county of __Harrison__ in the __Southern__ District of __MS Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Controlled Substances. |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Wade Bryant, Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __OCT. 1, 2019__

_____
Judge's signature

City and state: __Gulfport, MS__   Robert H. Walker, U.S. Magistrate Judge
Printed name and title

<u>Affidavit for Criminal Complaint</u>

I, Wade Bryant, being duly sworn and deposed, state the following:

I am an Investigator employed by the Harrison County Sheriff's Office Narcotics Division, assigned as a Task Force Officer to the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in the Gulfport, Mississippi Field Office. I have been a Deputy Sheriff with the Harrison County Sheriff's Office, Gulfport, Mississippi, since 2011. During my career I have investigated violations of federal and state laws to include firearms and illegal substances. Based upon personal knowledge and information I have received from other law enforcement investigators, I am aware of the following facts.

1. On Thursday, September 26, 2019, Harrison County Sheriff's Office (HCSO) Investigator Justin Ladner received information from a reliable source of information in reference to a white male, Joshua COLLINS, accompanied by a black female "Diana" in possession of methamphetamine, heroin and a black handgun. The source of information related that COLLINS was occupying a hotel room on Highway 49 in Gulfport, Mississippi near or at the Red Roof Inn under a female's name of "Diana." The source of information advised that COLLINS would also be requesting a late checkout. The information detailed several other particulars that were validated, leading investigators to comb the area in search of COLLINS. At approximately 12:55 pm, Drug Enforcement Administration (DEA) Task Force Officer (TFO) Rob Drace arrived at the Super 8 Hotel located at 9375 Highway 49 in Gulfport, Mississippi. DEA TFO Drace spoke with the clerk who confirmed that a Diana Smith had recently checked out of the hotel and did in fact request a late checkout. The clerk then pointed and related that Diana Smith was currently sitting on the bench outside, in front of the hotel. Investigator Justin Ladner confirmed that COLLINS was sitting on the bench next to Diana Smith.

2. Investigators made contact with COLLINS who had several bags within close proximity of his person. Immediately, COLLINS disassociated himself with a camouflage backpack directly to his left. Investigators secured the bag for officer safety purposes as information led officers to believe COLLINS was armed. Additionally, since the bag was unclaimed, it was opened to determine ownership. Immediately, investigators located a black, Smith & Wesson handgun and a pouch that contained approximately seventeen (17) grams of methamphetamine. A social security card belonging to COLLINS was also found in the backpack. COLLINS was then advised of his rights per Miranda and subsequently admitted that he carried the bag down and claimed ownership of the methamphetamine. COLLINS further related that the pistol was given to him by a friend and he kept it for protection as he always feared for his life while moving from hotel to hotel.

3. In a subsequent interview, COLLINS reiterated that the methamphetamine found in his possession belonged to him and that he is an abuser of the drug consuming at least an "eight ball" or more of methamphetamine on a daily basis. COLLINS also reiterated that he purchased the pistol from a friend for protection as he was always moving from hotel to hotel and feared for his life. Additionally, COLLINS admitted to delivering heroin to two individuals earlier in the week and watched as they began injecting the heroin.

4.  On September 30, 2019, information was received from a proven and reliable, confidential source identifying COLLINS' source of supply of the heroin. The confidential source identified COLLINS' source of supply as "Groove" WILSON, later positively identified as Xzavier Earl Damon WILSON. At approximately 0800 hours HCSO Investigator Ladner learned that WILSON was at 120 Carson Drive, Gulfport, MS. Investigator Ladner and other HCSO investigators conducted surveillance on the residence and observed a black Nissan Altima departing the residence. Investigator Ladner followed behind the vehicle and observed it following too closely to the vehicle in front. A subsequent traffic stop identified the driver and sole occupant as the aforementioned WILSON. While speaking with WILSON, Investigator Ladner detected a strong odor of marijuana emitting from inside the vehicle. A probable cause search of the vehicle yielded the discovery of a small amount of marijuana, approximately two (02) ounces of suspected methamphetamine and a Springfield Armory XDS, 45 caliber handgun loaded with five (05) rounds of 45 caliber ammunition.

5.  Based on these facts and circumstances, investigators secured the residence at 120 Carson Drive and obtained a state issued search warrant. A search of an inoperable Chevrolet Camaro on the property yielded the discovery of a backpack containing a Romarm/Cugir 7.62x39mm Micro Draco firearm with a high capacity magazine containing eighteen rounds of Tulammo brand 7.62x39mm ammunition. Additional rounds of loose ammunition located were one (01) round 7.62x39mm Tulammo ammunition, seven (07) rounds of 9mm Luger ammunition and one (01) round of Hornaday S&W ammunition. Also located in the Camaro was a shoebox containing a plastic bowl with approximately three hundred and eighty-five (385) grams of suspected methamphetamine and a plastic bag containing approximately one (01) ounce of suspected heroin. The suspected heroin was packaged in a clear plastic sandwich bag. The sandwich bag was similar to the bags located during the search of WILSON's vehicle, used to package the suspected methamphetamine. Investigator Ladner also located uncooked rice grains inside the shoebox and recalled seeing uncooked rice grains during the search of WILSON's vehicle. Investigator Ladner also recalled removing a loose round of 7.62 ammunition from WILSON's pocket during the traffic stop, later determined to be the same type recovered from the Camaro.

6.  An ATF Interstate Nexus Examiner examined the above mentioned firearms and determined they were not manufactured in the state of Mississippi. Therefore, the firearms would have moved in or affected interstate commerce to now be physically located in Mississippi.

7.  A subsequent records search by ATF TFO Bryant revealed WILSON is currently on a felony bond for a state charge of Possession with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Marijuana. The report of that incident indicated that on May 24, 2019, Gulfport Police Department conducted a traffic stop, during which WILSON fled the scene on foot, later being apprehended after a foot pursuit. A probable cause search of the vehicle yielded the discovery of approximately fifty-three (53) grams of marijuana, thirty (30) grams of methamphetamine, a stolen Glock 26 handgun with a high capacity magazine containing 24 rounds of ammunition, a digital scale and a box of sandwich bags. All of the items were located inside a backpack located on the rear passenger seat of the vehicle.

8.  The methamphetamine seized from COLLINS field tested positive for methamphetamine. The substances seized from WILSON field tested positive for methamphetamine, heroin and marijuana.

8. Based upon the foregoing information and my training and experience I believe information has been presented which supports a request for the issuance of an arrest warrant for JOSHUA COLLINS and XZAVIER WILSON for violations of Title 18, United States Code Section 924 (c), Possession of a Firearm in Furtherance of Drug Trafficking and Title 21, United States Code Section 841 (a)(1) Possession of a Controlled Substance with Intent to Distribute (Methamphetamine and Heroin).

_____
Wade Bryant
Task Force Officer, US Department of Justice
Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed by me this 1ST day of October, 2019.

_____
Robert H. Walker
United States Magistrate Judge